PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S.A. vs. Lakeisha Leonard                                   Docket No. 1:06-CR-002-01

### Petition on Probation and Supervised Release

COMES NOW Fonda L. Steele PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Lakeisha Leonard who was placed on supervision by the Honorable Yvette Kane, Chief United States District Judge sitting in the court at Harrisburg, PA, on the 19th day of July 2000, who fixed the period of supervised release at 36 months, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

> The defendant shall pay any balance of the restitution imposed by this judgment which remains unpaid at the commencement of the term of supervised release in minimum monthly installments of no less than $50.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: Ms. Leonard was ordered to pay restitution in the amount of $5,060.38. Probation office records reflect that Ms. Leonard has thus far paid a total of $3,572.48. The defendant appears to have made restitution payments to the best of her ability and in accordance with the special condition of her supervision. However, a restitution balance of $1,487.90 remains. Ms. Leonard has executed an Agreement Regarding Unpaid Restitution (attached) and has agreed to continue making payments should her term of probation be permitted to expire.

During the past two years, Ms. Leonard has complied with the conditions of supervision, was responsive to the probation officer's guidance, and there does not appear to be a basis for violation action. It is recommended that her term of supervised released be permitted to expire as scheduled. Assistant U.S. Attorney Dennis C. Pfannenschmidt does not object to the recommendation.

PRAYING THAT THE COURT WILL ORDER that the defendant's term of probation be permitted to expire on July 21, 2008, without further action of the court.

ORDER OF COURT                                          Respectfully,

Considered and ordered this _____ day
of _____, 2008, and ordered filed            _____
and made a part of the records in the above case.       Fonda L. Steele
                                                        U.S. Probation Officer

_____                                    Place Harrisburg, PA
U.S. District Judge                                     Date July 15, 2008