UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
     :
v.      :      CRIMINAL NO. 1:06-CR-002-01
     :
**LAKEISHA LEONARD**      :

## AGREEMENT REGARDING UNPAID RESTITUTION

The following agreement is entered into by Lakeisha Leonard, defendant in the above-captioned case, in recognition of her obligation to the victim to whom restitution is owed based upon the offense charged at the above-captioned number and the judgment and commitment entered by the District Court in the above-captioned case. In recognition of these obligations, and fully intending to be legally bound, the defendant acknowledges and agrees as follows:

1. On July 19, 2000, the defendant was sentenced based on her conviction at the above-captioned criminal number and directed by the Honorable Yvette Kane, Chief United States District Judge, as a condition of supervision, to make restitution in the amount of $5,060.38 during a period of thirty-six months which began on July 22, 2005.

2. The defendant acknowledges that she has failed to comply with the restitutionary portion of the Court's sentence and that the victim is currently owed a balance of **$1,487.90.**

3. The United States Probation Office has determined that in consideration of the defendant agreeing to fulfill her restitutionary obligation under the above-described sentence, consideration will be given to allowing the defendant's period of supervision to expire as originally set by the Court. The defendant realizes that her failure to pay the

above restitution obligation could form a basis for the revocation of supervision and

re-sentencing by the District Court.

    4. Based on the above, and in consideration of forbearance on immediate

execution upon assets owned by the defendant, the defendant hereby agrees to make total

restitution payments of $50.00, to the victim, through the Clerk, U.S. District Court, P.O.

Box 983, Harrisburg, PA 17108, in the total amount of **$1,487.90**, said payments are to be

made on a monthly basis between the first and fifteenth day of each month.  Additionally,

the defendant agrees, should her personal finances improve, to increase the monthly

payments accordingly.  Further, the defendant agrees that if she moves from her residence

at 640 Muench Street, Harrisburg, PA 17102, she will notify the Clerk, U.S. District

Court.

    5. The defendant further agrees and confesses judgment for the total unpaid

restitution in the amount of **$1,487.90** to the victim and authorizes the named victim and

their attorney to enter judgment against her for said amount in any appropriate court for

the full amount.  It is the defendant's intention that she be bound by this confession of

judgment and that judgment be entered pursuant to Rule 2951(a) of the PA Rules of Civil

Procedure.

_____
Defendant

_____
Witness

Sworn to and subscribed before
me this ___11th___ day of
___July_____, 2008.

_____
Deputy Clerk